■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WYGAND, Appellant. [598 NYS2d 727] —Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered October 16, 1991.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.